IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY JORDAN,<br><br>Defendant. | Case No. 3:22-cr-049<br><br>29 U.S.C. § 501(c)<br>Embezzlement of Union Funds<br>(Count 1)<br><br>Forfeiture Notice |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
(Embezzlement of Union Funds)

From in or about December 2013, and continuing through in or about April 2019, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, ANTHONY JORDAN, while a salaried employee and an officer, that is, the Secretary-Treasurer, of the Brotherhood of Locomotive Engineers and Trainmen Division 26 ("Division 26"), a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of Division 26 in the approximate amount of $30,519.76.

(In violation of Title 29, United States Code, Section 501(c).)

**FORFEITURE NOTICE**

Pursuant to 32.2 of the Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of the offense charged in this Criminal Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived

from any proceeds traceable to the offense. Property subject to forfeiture includes, but is not limited to:

> The sum of at least $30,519.76, which represents the amount of proceeds the defendant obtained from the offense of conviction, which sum shall be reduced to a money judgment against the defendant in favor of the United States.

> If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461 and Title 21, United States Code, Section 853(p).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: April 26, 2022    By: _____
Carla Jordan-Detamore
Assistant United States Attorney
United States Attorney's Office
VSB No. 85934
919 East Main Street, Suite 1900
Richmond, VA 23219-2447
Phone: (804) 819-7426
Telefax: (804) 771-2316
Carla.Jordan-Detamore@usdoj.gov